IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00838-BNB

MICHAEL T. HENDERSON,

Applicant,

v.

B. DAVIS, Warden,

Respondent.

___

ORDER DRAWING CASE

___

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. See D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED June 8, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00838-BNB

Michael T. Henderson
Reg No. 08601-030
Federal Prison Camp
P.O. Box 5000
Florence, CO 81226

Timothy B. Jafek
Assistant United States Attorney
**DELIVERED ELECTRONICALLY**

  I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  6/8/10 .

             GREGORY C. LANGHAM, CLERK

            By: _____
                 Deputy Clerk